

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| SERGIO VELASQUEZ, | § | No. 08-17-00009-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D04688) |
| | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **November 1, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, State's attorney, prepare the State's brief and forward the same to this Court on or before November 1, 2017.

IT IS SO ORDERED this 15th day of September, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.